1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

EUTOLIO GONZALEZ GONZALEZ,          )     No. C 12-2681 LHK (PR)
11                                          )
                    Petitioner,             )     ORDER TO SHOW CAUSE
12                                          )
        vs.                                 )
13                                          )
DONALD O'KEEFE,                             )
14                                          )
                    Respondent.             )
15  _____)

16

17          Petitioner seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging an

18  extradition order.  Petitioner has paid the filing fee.  For the reasons that follow, the court orders

    respondent to show cause why the petition should not be granted.
19
                                         **DISCUSSION**
20
    A.      Standard of Review
21
            Section 2241 allows "the Supreme Court, any justice thereof, the district courts and any
22
    circuit judge" to grant writs of habeas corpus "within their respective jurisdictions."  28 U.S.C.
23
    § 2241(a).  An extradition may be challenged by way of a petition for writ of habeas corpus in
24
    federal court.  *See Roberts v. Reilly*, 116 U.S. 80 (1885); *Prasoprat v. Benov*, 421 F.3d 1009,
25
    1013 (9th Cir. 2005).  A district court shall "award the writ or issue an order directing the
26
    respondent to show cause why the writ should not be granted, unless it appears from the
27
    application that the applicant or person detained is not entitled thereto."  28 U.S.C. § 2243.
28

Order to Show Cause
P:\PRO-SE\LHK\HC.12\Gonzalez681oscextra.wpd

1  Summary dismissal is appropriate only where the allegations in the petition are vague or

2  conclusory, palpably incredible, or patently frivolous or false. *See Hendricks v. Vasquez*, 908

3  F.2d 490, 491 (9th Cir. 1990) (quoting *Blackledge v. Allison*,  431 U.S. 63, 75-76 (1977)).

4  B.       Petitioner's Claim

5         Petitioner is challenging the extradition order, dated April 10, 2012, in *In the Matter of*

6  *the Extradition of Eustolio Gonzales Gonzales*, No. 09-70576 DMR (N.D. Cal. 2012).

7  Specifically, petitioner claims that, because there was a three year delay between the April 2006

8  date of the underlying charge which originated in Mexico, and the 2009 date upon which the

9  extradition complaint was filed against petitioner, the process violated the Sixth Amendment's

10  Speedy Trial Clause.  The court orders respondent to show cause why the petition should not be

11  granted as to petitioner's claim.

<b>CONCLUSION</b>

13         1.       The Clerk shall serve by mail a copy of this order and the petition and all

14  attachments thereto (docket no. 1) upon the respondent and the respondent's attorney, the United

15  States Attorney's Office.  The Clerk shall also serve a copy of this order on petitioner.

16         2.       Respondent shall file with the court and serve on petitioner, within **sixty days** of

17  the date this order is filed, an answer conforming in all respects to Rule 5 of the Rules Governing

18  Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted.

19  Respondent shall file with the answer and serve on petitioner a copy of all portions of the

20  underlying record that have been transcribed previously and that are relevant to a determination

21  of the issues presented by the petition.  If petitioner wishes to respond to the answer, he shall do

22  so by filing a traverse with the court and serving it on respondent within **thirty days** of the date

23  the answer is filed.

24         3.       Respondent may file a motion to dismiss on procedural grounds in lieu of an

25  answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section

26  2254 Cases within **sixty days** of the date this order is filed.  If respondent files such a motion,

27  petitioner shall file with the court and serve on respondent an opposition or statement of non-

28  opposition within **twenty-eight days** of the date the motion is filed, and respondent **shall** file

Order to Show Cause
P:\PRO-SE\LHK\HC.12\Gonzalez681oscextra.wpd        2

1  with the court and serve on petitioner a reply within **fourteen days** of the date any opposition is

2  filed.

3        IT IS SO ORDERED.

4  DATED:   3/12/14

LUCY H. KOH
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order to Show Cause
P:\PRO-SE\LHK\HC.12\Gonzalez681oscextra.wpd        3